UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIWIJET, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>AIR SAFA PTE, LTD.,<br><br>          Defendant. | Case No. 2:21-cv-09312-SB-AFM<br><br>ORDER RE: PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE |

      Plaintiff is hereby ORDERED to appear for a hearing on November 7, 2022 at 8:30 a.m. in Courtroom 6C on the Court's order to show cause why sanctions should not be imposed for failure to appear, Dkt. No. 25, and Plaintiff's response, Dkt. No. 26.  In its response, Plaintiff stated that it failed to appear at the hearing on its renewed motion for default judgment because of the clerk-generated Notice to Filer of Deficiencies, Dkt. No. 24, which stated that a proposed order was not submitted with Plaintiff's renewed motion.  At the hearing, Plaintiff should be prepared to address why the court should not sanction Plaintiff and its counsel, including dismissing this action without prejudice, in light of the text of that notice, which makes clear that the Court "may" take action, but otherwise, "[y]ou need not take any action in response to this notice unless and until the Court directs you to do so." *Id*.

Date: October 28, 2022

                                                    Stanley Blumenfeld, Jr.
                                                    United States District Judge